- LUIS RODULFO TORRES (LRT)
- ANGELO COELLO CLEMENTE (ACC)     DET. OFFICER DIAZ

DECEMBER 18, 2018 @ 1902 HRS
------------------------------

- LRT @ 1903 HRS   UNLOCK
- LRT @ 1904 HRS   LEFT
- LRT @ 1910 HRS   RETURNS
- LRT              #2046   TRANSACTION #1   $0
- LRT @ 1910 HRS   WALKS AWAY

CONSPIRACY [ LRT @ 1923 HRS   OPENS TOP HAT
           [ ACC  → LRT UNLOCKS, ACC SLIDES OPEN,
                    ACC INSTALLS, LRT MAKES TRANSACTION

- LRT @ 1923 HRS   #2046    $240
- ACC @ 1924 HRS   #2046    $240
- ACC @ 1926 HRS   #3637    $240
- ACC @ 1927 HRS   #3637    $240  ]2
- ACC @ 1927 HRS   #3637    $240
- ACC @ 1928 HRS   #3637    $240
- ACC @ 1929 HRS   #3637    $240
- ACC @ 1930 HRS   #3637    $240
- ACC @ 1931 HRS   #3637    $240
- ACC @ 1932 HRS   #3637    $240
- ACC @ 1932 HRS   LEAVES

- LRT @ 2046 HRS   #1042   2 FAILED TRANSACTIONS
- LRT @ 2048 HRS   #2046   $240 ]2
- LRT @ 2048 HRS   #2046   $240
- LRT @ 2049 HRS   #2046   $240
- LRT @ 2050 HRS   #2046   $240
- LRT @ 2051 HRS   #2046   $240
- ACC @ 2051 HRS   ARRIVES / LEAVES
- LRT @ 2052 HRS   #2046   $240
- LRT @ 2053 HRS   #2046   $240 ]2
- LRT @ 2053 HRS   #6188   $240
NEW* - LRT @ 2054 HRS   #3317   $240
NEW* - LRT @ 2055 HRS   #6001   $240
- LRT @ 2056 HRS   #2046   $240
- LRT @ 2057 HRS   #2046   $240
- LRT @ 2057 HRS   DEPARTS

- ACC @ 2057 HRS   ARRIVES
- ACC @ 2058 HRS   #2046   $240
- ACC @ 2059 HRS   #3637   $240
- ACC @ 2059 HRS   #3637   $240
- ACC @ 2100 HRS   #3637   $240
- ACC @ 2101 HRS   #3637   $240
- ACC @ 2102 HRS   #3637   $240
- ACC @ 2103       #3637   $240
- ACC @ 2104       #3637   $240
- ACC @ 2105       #3637   $240
- ACC @ 2106       #3637   $240
- ACC @ 2107 HRS   DEPARTS
──────────[ BG ]──────────
- LRT @ 2126 HRS   ARRIVES & WAITS for ↑
- LRT @ 2127 HRS   APPROACHES ATM & LEAVES
- LRT/ACC @ 2133 HRS   RETURN & LINGER @ ATM
- LRT @ 2135 HRS   ARRIVES AGAIN (ON PHONE)
- ACC/LRT @ 2136   APPROACH ATM
    - LRT OPENS TOP
    - ACC REMOVES DEVICE 710 SEC.
              2137 HRS

GOVERNMENT EXHIBIT
CASE NO. 23-cr-20500
EXHIBIT NO. 1



DECEMBER 19, 2018

- LRT/ACC @ 0929 HRS APPROACH & INSTALL
  ↳ ACC UNLOCKS, LRT SLIDES OPEN
    ACC INSTALLS, LRT SLIDES CLOSED
      ↓                    ↓
    ACC *MAY HAVE LOCKED?

- LRT @ 0930 HRS    #2046    $240
- LRT @ 0930 HRS    DEPARTS (ACC STAYS)
- ACC @ 0931 HRS    #3637    $240
- ACC @ 0932 HRS    #3637    $240
- ACC @ 0933 HRS    #3637    $240
- ACC @ 0934 HRS    #3637    $240
- ACC @ 0935 HRS    #3637    $240
- ACC @ 0936 HRS    #3637    $240
- ACC @ 0936 HRS    #3637    $240
- ACC @ 0937 HRS    #3637    $240
- ACC @ 0938 HRS    #3637    $240
- ACC @ 0939 HRS    #3637    $240
- ACC @ 0940 HRS    DEPARTS   ——
- LRT @ 0943 HRS    ARRIVES   ——
- LRT @ 0944 HRS    #2046    $240
- LRT @ 0944 HRS    #2046    $240
- LRT @ 0945 HRS    #2046    $240
- LRT @ 0946 HRS    #2046    $240
- LRT @ 0947 HRS    #2046    $240
- LRT @ 0947 HRS    #2046    $240
- LRT @ 0948 HRS    #2046    $240
- LRT @ 0949 HRS    #2046    $240
- LRT @ 0950 HRS    #2046    $240
- LRT @ 0950 HRS    #2046    $240
- LRT @ 0952 HRS    #2046    $140 — REVERSE TRANS; $240 REQUEST, $140 DISPENSED
- LRT @ 0954 HRS    WALKS AWAY   ——

- LRT/ACC @ 1002 ARRIVE / REMOVE
  ↳ 1003 ACC UNLOCKS, SLIDES OPEN, REMOVES,
    1004 DEPART TOWARDS MARRIOTT

②

S ALFONSO NOGUERA MARTINEZ (LNM) 000-000-0000

2, 21, 2018

1901 HRS ENTERS CAMERA VIEW
@ 1901 APPROACH ATM → LRT UNLOCKS, SLIDES OPEN. ACC INSTALLS. 1902 HRS LRT CLOSE
1901 HRS DISTRACTS ICECREAM ASSOC.
1902 HRS   #2046   $240 ✓
1902 HRS WALKS AWAY
1903 HRS   #2046   $240 ✓
1903 HRS DEPARTS
1904 HRS APPROACHES
1905 HRS   #2046   $240 ✓
1906 HRS   #2046   $240 ✓
1908 HRS   #2046   $240 ✓
1909 HRS   #2046   $240 ✓
1910 HRS   #2046   $240 ✓
1912 HRS   #2046 ⎤   $0.00   ATTEMPT "ERROR"       $240 ⎤ ATTEMPT
1912 HRS   #2046 ⎦   $0.00   "AVAILABLE BAL. $0.00"  $240 ⎦ "ERROR"
1914 HRS   #2046   $240 ✓
1915 HRS   #2046   $240 ✓
1915 HRS DEPARTS
1918 HRS ARRIVES
1919 HRS   #3637   $240 ✓
1920 HRS   #3637   $240 ✓
1921 HRS   #3637   $240 ✓
1922 HRS   #3637   $240 ✓
1922 HRS   #3637   $240 ✓
1923 HRS   #3637   $240 ✓
1924 HRS   #3637   $240 ✓
1925 HRS   #3637   $240 ✓
1926 HRS   #3637   $240 ✓
1927 HRS   #3637   $240 ✓
1927 HRS DEPARTS
1932 HRS ARRIVES @ ATM
1932 HRS   #6188   $240 ✓
1933 HRS   #6188   $240 ✓
1934 HRS   #6188   $240 ✓
1935 HRS   #6188   $240 ✓

CONT: DEC. 21, 2018

- LRT @ 1936 HRS    #6188    $240
- LRT @ 1937 HRS    #6188    $240
- LRT @ 1937 HRS    #6188    $240
- LRT @ 1938 HRS    #6188    $240
- LRT @ 1939 HRS    #6188    $240
- LRT @ 1940 HRS    #6188    $240
- LRT @ 1941 HRS    #6188    $240
- LRT @ 1941 HRS    #6188    $240
- LRT @ 1941 HRS    DEPARTS
- LNM @ 1944 HRS    ARRIVES
- LNM @ 1944 HRS    #2046    $240
- LNM @ 1945 HRS    #2046    $240
- LNM @ 1946 HRS    #2046    $240
- LNM @ 1947 HRS    #2046    $240
- LNM @ 1948 HRS    #2046    $240
- LNM @ 1949 HRS    #2046    $240
- LNM @ 1949 HRS    #2046    $240
- LNM @ 1950 HRS    #2046    $240
- LNM @ 1951 HRS    #2046    $240
- LNM @ 1952 HRS    #2046    $240
- LNM @ 1953 HRS    #2046    $240
- LNM @ 1954 HRS    #2046    $240
- LNM @ 1954 HRS    #2046    $240
- LNM @ 1955 HRS    DEPARTS
- ACC @ 1957 HRS    ARRIVES
- ACC @ 1957 HRS    #3637    $240
- ACC @ 1958 HRS    #3637    $240
- ACC @ 1959 HRS    #3637    $240
- ACC @ 2000 HRS    #3637    $240
- ACC @ 2002 HRS    #3637    $240
- ACC @ 2003 HRS    #3637    $240
- ACC @ 2004 HRS    #3637    $240
- ACC @ 2005 HRS    #3637    $240
- ACC @ 2006 HRS    #3637    $240
- ACC @ 2007 HRS    #3637    $240
- ACC @ 2008 HRS    #3637    $240
- ACC @ 2008 HRS    DEPARTS

- LRT @ 2010 HRS    ARRIVES
- LRT @ 2011 HRS    #6188    $240
- LRT @ 2012 HRS    #6188    $240
- LRT @ 2012 HRS    #6188    $240
- LRT @ 2013 HRS    #6188    $240
- LRT @ 2014 HRS    #6188    $240
- LRT @ 2015 HRS    #6188    $240
- LRT @ 2015 HRS    #6188    $240
- LRT @ 2016 HRS    #6188    $240
- LRT @ 2017 HRS    #6188    $240
- LRT @ 2018 HRS    #6188    $240
- LRT @ 2018 HRS    #6188    $240
- LRT @ 2019 HRS    DEPARTS
- LNM @ 2030 HRS    ARRIVES
- LNM @ 2031 HRS    #2046    $240
- LNM @ 2032 HRS    #2046    $240
- LNM @ 2033 HRS    #2046    $240
- LNM @ 2034 HRS    #2046    $240
- LNM @ 2035 HRS    #2046    $240
- LNM @ 2035 HRS    DEPARTS
- ACC @ 2041 HRS    ARRIVES
- ACC @ 2042 HRS    #3637    $240
- ACC @ 2043 HRS    #3637    $240
- ACC @ 2043 HRS    #3637    $240
- ACC @ 2044 HRS    #3637    $240
- ACC    2045 HRS    #3637    $240
- ACC    2046 HRS    #3637    $240
- ACC    2047 HRS    #3637    $240
- ACC    2048 HRS    #3637    $240
- ACC    2048 HRS    #3637    $240
- ACC    2049 HRS    #3637    $240
- ACC    2050 HRS    #3637    $240
- ACC    2051 HRS    #3637    $240
- ACC @ 2051 HRS    DEPARTS TOWARDS STEAK

(4)

CONT. DEC. 21, 2018

- EMR @ 2052 HRS   ARRIVES @ ATM
- EMR @ 2053 HRS   #6170   $240
- EMR @ 2054 HRS   #6170   $240
- EMR @ 2055 HRS   #6170   $240
- EMR @ 2056 HRS   #6170   $240
- EMR @ 2057 HRS   #6170   $240
- EMR @ 2059 HRS   #6170   $240
- EMR @ 2100 HRS   #6170   $240
- EMR @ 2101 HRS   #6170   $240
- EMR @ 2102 HRS   #6170   $240
- EMR @ 2103 HRS   #6170   $240
- EMR @ 2104 HRS   #6170   $240
- EMR @ 2105 HRS   #6170   $240
- EMR @ 2106 HRS   #6170   $240
- EMR @ 2106 HRS   DEPARTS —
- LNM @ 2116 HRS   RETURNS —
- LNM @ 2117 HRS   #2046   $240
- LNM @ 2118 HRS   #2046   $240
- LNM @ 2119 HRS   #2046   $240
- LNM @ 2120 HRS   #2046   $240
- LNM @ 2121 HRS   #2046   $240
- LNM @ 2121 HRS   #2046   $240  ]2
- LNM @ 2123 HRS   #2046   $240
- LNM @ 2124 HRS   #2046   $240
- LNM @ 2124 HRS   #2046   $240  ]2
- LNM @ 2125 HRS   #2046   $240
- LNM @ 2126 HRS   #2046   $240
- LNM @ 2127 HRS   #2046   $240
- LNM @ 2128 HRS   #2046   $240
- LNM @ 2129 HRS   #2046   $240
- LNM @ 2129 HRS   #2046   $240  ]2
- LNM @ 2130 HRS   #2046   $240
- LNM @ 2131 HRS   #2046   $240
- LNM @ 2132 HRS   #2046   $240
- LNM @ 2133 HRS   #2046   $240
- LNM @ 2134 HRS   #2046   $240
- LNM @ 2134 HRS   #2046   $240  ]2
- LNM @ 2135 HRS   #2046   $240
- LNM @ 2135 HRS   DEPARTS —

- LRT @ 2138 HRS   ARRIVES
- LRT @ 2139 HRS   #6188   $240
- LRT @ 2140 HRS   #6188   $240
- LRT @ 2140 HRS   #6188   $240  ]2
- LRT @ 2141 HRS   #6188   $240
- LRT @ 2142 HRS   #6188   $240
- LRT @ 2143 HRS   #6188   $240
- LRT @ 2143 HRS   #6188   $240  ]2
- LRT @ 2144 HRS   #6188   $240
- LRT @ 2145 HRS   #6188   $240
- LRT @ 2146 HRS   #6188   $240
- LRT @ 2147 HRS   #6188   $240
- LRT @ 2147 HRS   #6188   $240  ]2
- LRT @ 2148 HRS   #6188   $240
- LRT @ 2149 HRS   #6188   $240
- LRT @ 2149 HRS   #6188   $240  ]2
- LRT @ 2150 HRS   #6188   $240
- LRT @ 2151 HRS   #6188   $240
- LRT @ 2152 HRS   #6188   $240
- LRT @ 2153 HRS   #6188   $240
- LRT @ 2153 HRS   #6188   $240  ]2
- LRT @ 2153 HRS   DEPARTS —
- ACC @ 2156 HRS   ARRIVES —
- ACC @ 2157 HRS   #3637   $240
- ACC @ 2159 HRS   #3637   $240
- ACC @ 2200 HRS   #3637   $240
- ACC @ 2201 HRS   #3637   $240
- ACC @ 2202 HRS   #3637   $240
- ACC @ 2203 HRS   #3637   $240
- ACC @ 2204 HRS   #3637   $240
- ACC @ 2205 HRS   #3637   $240
- ACC @ 2205 HRS   #3637   $240  ]2
- ACC @ 2206 HRS   #3637   $240
- ACC @ 2207 HRS   #3637   $240
- ACC @ 2208 HRS   #3637   $240
- ACC @ 2209 HRS   #3637   $240
- ACC @ 2209 HRS   DEPARTS —

(5)

## CONT. DECEMBER 21, 2018

- EMR @ 2210 HRS ARRIVES ——
- EMR @ 2211 HRS #6170 $240
- EMR @ 2212 HRS #6170 $240
- EMR @ 2213 HRS #6170 $240
- EMR @ 2214 HRS #6170 $240
- EMR @ 2215 HRS #6170 $240
- EMR @ 2216 HRS #6170 $240
- EMR @ 2217 HRS #6170 $240
- EMR @ 2218 HRS #6170 $240
- EMR @ 2219 HRS #6170 $240
- EMR @ 2220 HRS #6170 $240
- EMR @ 2221 HRS #6170 $240
- EMR @ 2223 HRS #6170 $240 ] -2
- EMR @ 2223 HRS #6170 $240
- EMR @ 2224 HRS #6170 $240
- EMR @ 2225 HRS #6170 $240
- EMR @ 2226 HRS #6170 $240
- EMR @ 2227 HRS #6170 $240
- EMR @ 2228 HRS #6170 $240
- EMR @ 2229 HRS #6170 $240 ] -2
- EMR @ 2229 HRS #6170 $240
- EMR @ 2230 HRS DEPARTS ——
- LRT @ 2235 HRS ARRIVES ——
- LRT @ 2236 HRS #6188 $240
- LRT @ 2237 HRS #6188 $240
- LRT @ 2237 HRS #6188 $240 ] -2
- LRT @ 2238 HRS #6188 $240
- LRT @ 2239 HRS #6188 $240
- LRT @ 2240 HRS #6188 $240
- LRT @ 2241 HRS #6188 $240
- LRT @ 2241 HRS #6188 $240 ] -2
- LRT @ 2242 HRS #6188 $240
- LRT @ 2243 HRS #6188 $240
- LRT @ 2244 HRS #6188 $240 ] -2
- LRT @ 2244 HRS #6188 $240
- LRT @ 2245 HRS #6188 $240

- LRT @ 2246 HRS #6188 $240
- LRT @ 2247 HRS #6188 $240
- LRT @ 2247 HRS #6188 $240 ] -2
- LRT @ 2248 HRS #6188 $240
- LRT @ 2249 HRS #6188 $240
- LRT @ 2249 DEPARTS TOWARDS STEAKH.
- LNM @ 2252 HRS ARRIVES
- LNM @ 2252 HRS #2046 $240
- LNM @ 2253 HRS #2046 $240
- LNM @ 2254 HRS #2046 $240
- LNM @ 2255 HRS #2046 $240
- LNM @ 2256 HRS #2046 $240
- LNM @ 2257 HRS #2046 $240
- LNM @ 2258 HRS #2046 $240
- LNM @ 2259 HRS #2046 $240
- LNM @ 2300 HRS #2046 $240
- LNM @ 2301 HRS #2046 $240
- LNM @ 2302 HRS #2046 $240
- LNM @ 2303 HRS #2046 $240
- LNM @ 2303 HRS #2046 $240 ] -2
- LNM @ 2304 HRS #2046 $240
- LNM @ 2305 HRS #2046 $240
- LNM @ 2305 HRS DEPARTS TOWARD STEAKH.
- ACC @ 2307 HRS ARRIVES ——
- ACC @ 2308 HRS #3637 $240
- ACC @ 2308 HRS #3637 $240
- ACC @ 2309 HRS #3637 $240
- ACC @ 2310 HRS #3637 $240
- ACC @ 2311 HRS #3637 $240
- ACC @ 2312 HRS #3637 $240
- ACC @ 2313 HRS #3637 $240
- ACC @ 2314 HRS #3637 $240
- ACC @ 2315 HRS #3637 $240
- ACC @ 2316 HRS #3637 $240
- ACC @ 2317 HRS #3637 $240 ] -2
- ACC @ 2317 HRS #3637 $240
- ACC @ 2317 HRS DEPARTS ——

CONT: DECEMBER 21, 2018

- EMR @ 2319 ARRIVES —
- EMR @ 2320 HRS    #6170    $240
- EMR @ 2321 HRS    #6170    $240
- EMR @ 2322 HRS    #6170    $240
- EMR @ 2323 HRS    #6170    $240
- EMR @ 2324 HRS    #6170    $240
- EMR @ 2324 HRS    #6170    $240 ]2
- EMR @ 2325 HRS    #6170    $240
- EMR @ 2326 HRS    #6170    $240
- EMR @ 2327 HRS    #6170    $240
- EMR @ 2328 HRS    #6170    $240
- EMR @ 2329 HRS    #6170    $240
- EMR @ 2330 HRS    #6170    $240
- EMR @ 2330 HRS    #6170    $240 ]2
- EMR @ 2331 HRS    #6170    $240
- EMR @ 2332 HRS    #6170    $240
- EMR @ 2333 HRS    #6170    $240
- EMR @ 2334 HRS    #6170    $240
- EMR @ 2335 HRS    #6170    $240
- EMR @ 2336 HRS    #6170    $240
- EMR @ 2337 HRS    #6170    $240
- EMR @ 2338 HRS    #6170    $240
- EMR @ 2338 HRS    DEPARTS ATM —
- LRT @ 2340 HRS    ARRIVES —
- LRT @ 2341 HRS    #6188    $240
- LRT @ 2342 HRS    #6188    $240
- LRT @ 2342 HRS    #6188    $240
- LRT @ 2343 HRS    #6188    $240
- LRT @ 2344 HRS    #6188    $240
- LRT @ 2344 HRS    #6188    $240
- LRT @ 2345 HRS    #6188    $240
- LRT @ 2346 HRS    #6188    $240
- LRT @ 2347 HRS    #6188    $240
- LRT @ 2347 HRS    #6188    $240
- LRT @ 2348 HRS    #6188    $240
- LRT @ 2349 HRS    #6188    $240
- LRT @ 2350 HRS    #6188    $240
- LRT @ 2350 HRS    #6188    $240

- LRT @ 2351 HRS    #6188    $240
- LRT @ 2352 HRS    #6188    $240
- LRT @ 2352 HRS    DEPARTS —
- LNM @ 2356 HRS    ARRIVES —
- LNM @ 2357 HRS    #2046    $240
- LNM @ 2357 HRS    #2046    $240
- LNM   2358 HRS    #2046    $240
- LNM   2359 HRS    #2046    $240
- LNM   0000 HRS    #2046    $240
- ACC   0000 HRS    WALKS-UP TO ATM (LNM)
- LNM   0001 HRS    #2046    $240
- LNM   0001 HRS    #2046    $240 ]2
- LNM   0002 HRS    #2046    $240
- LNM   0003 HRS    #2046    $240
- LNM   0004 HRS    #2046    $240
- LNM   0005 HRS    #2046    $240  $3120
- LNM/  0005 HRS
  ACC   DEPART ATM TO MAIN LOBBY (N)
          *DEVICE LEFT

DECEMBER 22, 2018
- ACC @ 0918 HRS    ARRIVED —
- ACC @ 0918 HRS    #3637    $240
- ACC @ 0919 HRS    #3637    $240
- ACC @ 0920 HRS    #3637    $240
- ACC @ 0921 HRS    #3637    $240
- ACC @ 0922 HRS    #3637    $240
- ACC @ 0924 HRS    #3637    $240
- ACC @ 0925 HRS    #3637    $240
- ACC @ 0926 HRS    #3637    $240
- ACC @ 0927 HRS    #3637    $240
- ACC @ 0920 HRS    #3637    $240
- ACC @ 0928 HRS    DEPARTS TO SPEAKN.
- LRT @ 0929 HRS    ARRIVES —
- LRT @ 0930 HRS    #6188    $240
- LRT @ 0930 HRS    #6188    $240 ]2
- LRT @ 0931 HRS    #6188    $240
- LRT @ 0932 HRS    #6188    $240

(7)

CONT. DECEMBER 22, 2018

- LRT @ 0933 HRS    #6188    $240 ⎤-2
- LRT @ 0933 HRS    #6188    $240 ⎦
- LRT @ 0934 HRS    #6188    $240
- LRT @ 0935 HRS    #6188    $240
- LRT @ 0936 HRS    #6188    $240 ⎤-2
- LRT @ 0936 HRS    #6188    $240 ⎦
- LRT @ 0937 HRS    #6188    $240
- LRT @ 0938 HRS    #6188    $240
- LRT @ 0938 HRS    DEPARTS —
- ACC @ 0940 HRS    ARRIVES —
- ACC @ 0942 HRS    #3687    $240
- ACC @ 0944 HRS    #3637    $240
- ACC @ 0946 HRS    #3637    $240 ⎤-2
- ACC @ 0946 HRS    #3637    $240 ⎦
- ACC @ 0947 HRS    #3637    $240
- ACC @ 0948 HRS    #3637    $240
- ACC @ 0949 HRS    #3637    $240
- ACC @ 0950 HRS    #3637    $240
- ACC @ 0951 HRS    #3637    $240
- ACC @ 0952 HRS    #3637    $240
- ACC @ 0952 HRS    #3637    $240 ⎤-2
- ACC @ 0953 HRS    #3637    $240
- ACC @ 0954 HRS    #3637    $240
- ACC @ 0955 HRS    DEPARTS TO STEAK H.

- LRT @ 0956 HRS    ARRIVES —
- LRT @ 0957 HRS    #6188    $240
- LRT @ 0957 HRS    #6188    $240
- LRT @ 0958 HRS    #6188    $240
- LRT @ 0959 HRS    #6188    $240
- LRT @ 1000 HRS    #6188    $240 ⎤-2
- LRT @ 1000 HRS    #6188    $240 ⎦
- LRT @ 1001 HRS    #6188    $240
- LRT @ 1002 HRS    #6188    $240 ⎤-2
- LRT @ 1002 HRS    #6188    $240 ⎦
- LRT @ 1003 HRS    #6188    $240   #440

- LRT @ 1004 HRS    #6188    $240
- LRT @ 1005 HRS    #6188    $240
- LRT @ 1005 HRS    DEPARTS — (LOBBY)
- ACC @ 1031 HRS    ARRIVES —
- ACC @ 1032 HRS    #3637    $240
- ACC @ 1033 HRS    #3637    $240 ⎤-2
- ACC @ 1033 HRS    #3637    $240 ⎦
- ACC @ 1034 HRS    #3637    $240
- ACC @ 1035 HRS    #3637    $240
- ACC @ 1036 HRS    #3637    $240
- ACC @ 1037 HRS    #3637    $240
- ACC @ 1038 HRS    #3637    $240
- ACC @ 1039 HRS    #3637    $240
- ACC @ 1040 HRS    #3637    $240
- ACC @ 1041 HRS    #3637    $240
- ACC @ 1041 HRS    DEPARTS to STEAK H...
- LRT @ 1045 HRS    ARRIVES —
- LRT @ 1045 HRS    #6188    $240
- LRT @ 1046 HRS    #6188    $240 ⎤-2
- LRT @ 1046 HRS    #6188    $240 ⎦
- LRT @ 1047 HRS    #6188    $240
- LRT @ 1048 HRS    #6188    $240
- LRT @ 1048 HRS    #6188    $240
- LRT @ 1049 HRS    #6188    $240
- LRT @ 1050 HRS    #6188    $240
- LRT @ 1050 HRS    DEPARTS TO STEAK H.
- LRT @ 1107 HRS    ARRIVES
- LRT @ 1107 HRS    #6188    $240
- LRT @ 1108 HRS    #6188    $240
- LRT @ 1109 HRS    #6188    $240
- LRT @ 1109 HRS    #6188    $240
- LRT @ 1110 HRS    #6188    $240
- LRT @ 1111 HRS    #6188    $240
- LRT @ 1112 HRS    #6188    $240 ⎤-2
- LRT @ 1112 HRS    #6188    $240 ⎦
- LRT @ 1113 HRS    #6188    $240    7200

⑧

CONT. DEC. 22, 2018

LRT OPENS, ACC REMOVES
○ 1324 HRS, LEAVE TOWARDS WEST EXIT

- LRT @ 11:14 HRS    #6188    $240
- LRT @ 11:14 HRS    #6188    $240
- LRT @ 11:15 HRS    #6188    $240
- LRT @ 11:16 HRS    #6188    $240
- LRT @ 11:17 HRS    #6188    $240
- LRT @ 11:17 HRS    DEPARTS
- ACC @ 11:19 HRS    ARRIVES
- ACC @ 11:20 HRS    #3637    $240
- ACC @ 11:21 HRS    #3637    $240
- ACC @ 11:22 HRS    #3637    $240
- ACC @ 11:23 HRS    #3637    $240
- ACC @ 11:24 HRS    #3637    $240
- ACC @ 11:24 HRS    #3637    $240 ]2
- ACC @ 11:25 HRS    #3637    $240
- ACC @ 11:26 HRS    #3637    $240
- ACC @ 11:27 HRS    #3637    $240
- ACC @ 11:28 HRS    #3637    $240
- ACC @ 11:28 HRS    DEPARTS — (LOBBY)
- ACC @ 12:13 HRS    ARRIVES W/ BLUE SHIRT FROM LOBBY
- ACC @ 12:14 HRS    #3637    $240
- ACC @ 12:14 HRS    LEAVES to LOBBY
- ACC @ 12:15 HRS    RETURNS TO ATM
- ACC @ 12:16 HRS    #3637    $240
- ACC @ 12:17 HRS    #3637    $240
- ACC @ 12:17 HRS    #3637    $240 ]2
- ACC @ 12:18 HRS    #3637    $240
- ACC @ 12:19 HRS    #3637    $240
- ACC @ 12:20 HRS    #3637    $240
- ACC @ 12:21 HRS    #3637    $240
- ACC @ 12:22 HRS    #3637    $240
- ACC @ 12:23 HRS    #3637    $240
- ACC @ 12:24 HRS    #3637    $240
- ACC @ 12:24 HRS    #3637    $240 ]2
- ACC @ 12:25 HRS    #3637    $240
- ACC @ 12:26 HRS    #3637    $240
- ACC @ 12:27 HRS    DEPARTS TO STEALTH
- LRT @ 12:31 HRS    ARRIVES (GRAY JACKET & HAT)

JAS WHITE

- LRT @ 12:31 HRS    #6188    $240
- LRT @ 12:32 HRS    #6188    $240
- LRT @ 12:33 HRS    #6188    $240
- LRT @ 12:34 HRS    #6188    $240
- LRT @ 12:34 HRS    #6188    $240 ]2
- LRT @ 12:35 HRS    #6188    $240
- LRT @ 12:36 HRS    #6188    $240
- LRT @ 12:37 HRS    #6188    $240
- LRT @ 12:37 HRS    #6188    $240 ]2
- LRT @ 12:38 HRS    #6188    $240
- LRT @ 12:39 HRS    #6188    $240
- LRT @ 12:39 HRS    #6188    $240
- LRT @ 12:39 HRS    DEPARTS TO STEALTH
- UNK(F) @ 12:49 HRS    ARRIVES LOBBY
- UNK(F) @ 12:50 HRS    ARRIVES ATM
- UNK(F) @ 12:51 HRS    #9080    $240
- UNK(F) @ 12:52 HRS    #9080    $240
- UNK(F) @ 12:53 HRS    #9080    $240
- UNK(F) @ 12:54 HRS    #9080    $240
- UNK(F) @ 12:55 HRS    #9080    $240
- UNK(F) @ 12:55 HRS    DEPARTS TOWARDS
- UNK(F) @ 12:57 HRS    BACK @ ATM
- UNK(F) @ 12:58 HRS    #9080    $240
- UNK(F) @ 12:58 HRS    #9080    $240 ]2
- UNK(F) @ 12:59 HRS    #9080    $240
- UNK(F) @ 13:00 HRS    #9080    $240
- UNK(F) @ 13:01 HRS    #9080    $240
- UNK(F) @ 13:01 HRS    DEPARTS TO WEST DOOR
- LRT @ 13:11 HRS    ARRIVES
- LRT @ 13:12 HRS    #6188    $240
- LRT @ 13:13 HRS    #6188    $240
- LRT @ 13:13 HRS    #6188    $240
- LRT @ 13:14 HRS    #6188    $240
- LRT @ 13:15 HRS    #6188    $240
- LRT @ 13:16 HRS    #6188    $240
- LRT @ 13:17 HRS    #6188    $240
- LRT @ 13:17 HRS    #6188    $240 ]2
- LRT @ 13:19 HRS    #6188    $240
- LRT @ 13:20 HRS    DEPARTS TO STEALTH